UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CITY NATIONAL ROCHDALE FIXED INCOME OPPORTUNITIES (IRELAND) LIMITED,<br><br>       Plaintiff,<br><br>v.<br><br>AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>       Defendant. | §§§§§§§§§§§§§§ | Civil Action No. 3:17-cv-2067 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), Plaintiff City National Rochdale Fixed Income Opportunities (Ireland) Limited ("CNR"), by counsel, and Defendant American General Life Insurance Company ("AGL"), by counsel, (collectively, the "Parties") hereby agree that the above-captioned action should be dismissed with prejudice, with each party bearing its own costs, for the reason that the parties have fully and completely settled and compromised their disputes and differences.

Dated:   February 27, 2019

Respectfully submitted,

| | |
|---|---|
| */s/ John L. Corbett* | */s/ Jason A. Richardson* |
| DAVID E. WOOD, Admitted *Pro Hac Vice* | DAVID T. MCDOWELL |
| JOSHUA ROSENBERG, Admitted *Pro Hac Vice* | State Bar No. 00791222 |
| | JASON A. RICHARDSON |
| **BARNES & THORNBURG LLP** | State Bar No. 24056206 |
| 2029 Century Park East, Suite 300 | DIANE S. WIZIG |
| Los Angeles, California 90067 | State Bar No. 24106594 |
| Telephone:  (310) 284-3880 | **McDOWELL HETHERINGTON LLP** |
| Facsimile:  (310) 284-3894 | 1001 Fannin, Suite 2700 |
| dwood@btlaw.com | Houston, Texas 7002 |
| jrosenberg@btlaw.com | Telephone:  (713) 337-5580 |
| | Facsimile:  (713) 337-8850 |
| JOHN L. CORBETT | david.mcdowell@mhllp.com |
| State Bar No. 24088884 | jason.richardson@mhllp.com |
| **BARNES & THORNBURG LLP** | diane.wizig@mhllp.com |
| 2121 N. Pearl St., Suite 700 | |
| Telephone: (214) 258-4200 | *Counsel for Defendant AMERICAN GENERAL LIFE INSURANCE COMPANY* |
| Facsimile: (214) 258-4199 | |
| jcorbett@btlaw.com | |
| | |
| *Counsel for Plaintiff CITY NATIONAL ROCHDALE FIXED INCOME OPPORTUNITIES (IRELAND) LIMITED* | |

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document was served on all counsel of record via ECF this 27th day of February, 2019.

Mr. David T. McDowell
Mr. Jason A. Richardson
Ms. Diane Sharon Wizig
McDOWELL & HETHERINGTON LLP
1001 Fannin Street, Suite 2700
Houston, Texas 77002
jason.richardson@mhllp.com
david.mcdowell@mhllp.com
diane.wizig@mhllp.com

*s/ John L. Corbett*
John L. Corbett